United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrea L. McNear  
      Debtor

Case No. 20-13119-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Jul 28, 2020 |
| | Form ID: 130 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db          +Andrea L. McNear,    504 Glendale Road,    Upper Darby, PA 19082-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 29 2020 04:36:49      Frederic J. Baker,
               Office of United States Trustee,    200 Chestnut Street,    Suite 502,
               Philadelphia, PA 19106-2908
                                                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
           GEORGETTE MILLER    on behalf of Debtor Andrea L. McNear mlee@margolisedelstein.com,
             georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
             fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                 TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:   Chapter: 13

Andrea L. McNear

Debtor(s)   Bankruptcy No: 20–13119–mdc

*O R D E R*

**AND NOW,** this 28th day of July 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Atty Disclosure Statement due 08/10/2020
Chapter 13 Plan due by 08/10/2020
Schedules AB–J due 08/10/2020
Statement of Financial Affairs due 08/10/2020
Summary of Assets and Liabilities Form B106 due 08/10/2020
Statement of current monthly income 122C–1 due 8/10/2020
Means Test Calculation 122C–2 due 8/10/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court