United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrea L. McNear  
    Debtor

Case No. 20-13119-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Jul 28, 2020  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db          +Andrea L. McNear,   504 Glendale Road,   Upper Darby, PA 19082-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 29 2020 04:36:49      Frederic J. Baker,  
         Office of United States Trustee,   200 Chestnut Street,   Suite 502,  
         Philadelphia, PA 19106-2908  
                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:  
           GEORGETTE MILLER    on behalf of Debtor Andrea L. McNear mlee@margolisedelstein.com,  
             georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                      TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

7-28-20

To:
**Georgette Miller, Esquire**

        In re: **Andrea L. McNear**
        Bankruptcy No. **20-13119mdc**
        Adversary No.
        Chapter 13

Re **Ch. 13 Voluntary Petition**

The above document(s) were filed in this office on 7-27-20. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    (X)    Voluntary Petition   $310.00 fee due
    ()    Adversary Proceeding
    ()    $31.00 Filing Fee for Amendments
    ()    $25.00 Claims Transfer Fee
    ()    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk

        By: **Stacey Dougherty**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*