IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  

    ANDREA MCNEAR,      :      CHAPTER 13

                   :

                   :      CASE NO.:20-13119-MDC

         DEBTOR(S).      :

## CERTIFICATION OF SERVICE

      I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Plan, filed on 8/11/2020, upon the following individuals listed below, by electronic means and/or first class mail on 8/13/2020.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Andrea McNear
04 Glendale Road
Upper Darby, PA 19082

ALL CREDITORS ON THE MATRIX

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                              Respectfully Submitted,

                              /s/ Michelle Lee
                              Michelle Lee, Esquire
                              Margolis Edelstein
                              The Curtis Center
                              170 S. Independence Mall W.
                              Suite 400E
                              Philadelphia, PA 19106