#Type!

In re:   #Type!

  #Type!

Debtor(s)

**REQUEST FOR NOTICE**

#Type!

#Type!

By /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

#Type!

In re: #Type!

#Type!

Debtor(s)