UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrea L. McNear
     Bankruptcy No. 20-13119-mdc
     Chapter 13

Date:  August 18, 2020

To:    GEORGETTE MILLER
        Margolis Edelstein
        The Curtis Center
        170 S. Independence Mall W
        Suite 400
        Philadelphia, PA 19106

## NOTICE OF INACCURATE FILING

Re:  **Creditor Request for Notices and Notice of Appearance and Request for Notice Filed by Americredit Financial Services, Inc. Dba GM Financial**.

The above pleadings were filed in this office on **August 17, 2020.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- **( X )  PDF documents not legible - Please e-mail me the corrected PDF Documents. Please Do No Re-filed.**
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- ( )  Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Sara_roman@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: /s/ Sara I. Roman
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04