Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | | 189495 | 04/19/2020 | 04/25/2020 | 05/01/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 34.45 | 942.25 | 0.00 | 163.39 | 0.00 | 778.86 |
| YTD | 539.57 | 14,839.68 | 0.00 | 2,533.86 | 0.00 | 12,305.82 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 101.78 |
| Shift Pay | 04/19/2020-04/25/2020 | 22.3833 | 27 | 604.38 | |
| Shift Pay | 04/19/2020-04/25/2020 | 12.0667 | 28 | 337.87 | 14,707.90 |
| Earnings | | | | 942.25 | 14,839.68 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 58.42 | 920.06 |
| Medicare | 13.67 | 215.18 |
| Federal Withholding | 60.81 | 917.13 |
| State Tax - PA | 28.93 | 455.59 |
| SUI-Employee Paid - PA | 0.56 | 8.90 |
| PA LST - LWRMN | 1.00 | 17.00 |
| Employee Taxes | 163.39 | 2,533.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 942.25 | 14,839.68 |
| Medicare - Taxable Wages | 942.25 | 14,839.68 |
| Federal Withholding - Taxable Wages | 942.25 | 14,839.68 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 778.86 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 169495 | 04/26/2020 | 05/02/2020 | 05/08/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 38.33 | 1,043.03 | 0.00 | 186.34 | 0.00 | 856.69 |
| YTD | 577.90 | 15,882.71 | 0.00 | 2,720.20 | 0.00 | 13,162.51 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 101.78 |
| Shift Pay | 04/26/2020-05/02/2020 | 30.3333 | 27 | 819.03 | |
| Shift Pay | 04/26/2020-05/02/2020 | 8 | 28 | 224.00 | 15,750.93 |
| Earnings | | | | 1,043.03 | 15,882.71 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 64.67 | 984.73 |
| Medicare | 15.12 | 230.30 |
| Federal Withholding | 72.90 | 990.03 |
| State Tax - PA | 32.02 | 487.61 |
| SUI-Employee Paid - PA | 0.63 | 9.53 |
| PA LST - LWRMN | 1.00 | 18.00 |
| Employee Taxes | 186.34 | 2,720.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,043.03 | 15,882.71 |
| Medicare - Taxable Wages | 1,043.03 | 15,882.71 |
| Federal Withholding - Taxable Wages | 1,043.03 | 15,882.71 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 856.69 USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 05/03/2020 | 05/09/2020 | 05/15/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.37 | 827.56 | 0.00 | 137.27 | 0.00 | 690.29 |
| YTD | 608.27 | 16,710.27 | 0.00 | 2,857.47 | 0.00 | 13,052.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 101.78 |
| Shift Pay | 05/03/2020-05/09/2020 | 22.7167 | 27 | 613.36 | |
| Shift Pay | 05/03/2020-05/09/2020 | 7.65 | 28 | 214.20 | 16,578.49 |
| Earnings | | | | 827.56 | 16,710.27 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 51.31 | 1,036.04 |
| Medicare | 12.00 | 242.30 |
| Federal Withholding | 47.05 | 1,037.08 |
| State Tax - PA | 25.41 | 513.02 |
| SUI-Employee Paid - PA | 0.50 | 10.03 |
| PA LST - LWRMN | 1.00 | 19.00 |
| Employee Taxes | 137.27 | 2,857.47 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 827.56 | 16,710.27 |
| Medicare - Taxable Wages | 827.56 | 16,710.27 |
| Federal Withholding - Taxable Wages | 827.56 | 16,710.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 690.29 USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | | 189495 | 05/10/2020 | 05/16/2020 | 05/22/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.25 | 1,013.63 | 0.00 | 179.64 | 0.00 | 833.99 |
| YTD | 645.52 | 17,723.90 | 0.00 | 3,037.11 | 0.00 | 14,686.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 101.78 |
| Shift Pay | 05/10/2020-05/16/2020 | 29.4167 | 27 | 794.29 | |
| Shift Pay | 05/10/2020-05/16/2020 | 7.8333 | 28 | 219.34 | 17,592.12 |
| Earnings | | | | 1,013.63 | 17,723.90 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 62.84 | 1,098.88 |
| Medicare | 14.70 | 257.00 |
| Federal Withholding | 69.38 | 1,106.46 |
| State Tax - PA | 31.12 | 544.14 |
| SUI-Employee Paid - PA | 0.60 | 10.63 |
| PA LST - LWRMN | 1.00 | 20.00 |
| Employee Taxes | 179.64 | 3,037.11 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,013.63 | 17,723.90 |
| Medicare - Taxable Wages | 1,013.63 | 17,723.90 |
| Federal Withholding - Taxable Wages | 1,013.63 | 17,723.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | 833.99 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE    Suite 1600    Atlanta, GA 30339    +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 05/17/2020 | 05/23/2020 | 05/29/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.12 | 1,009.87 | 0.00 | 178.78 | 0.00 | 831.09 |
| YTD | 682.63 | 18,733.77 | 0.00 | 3,215.89 | 0.00 | 15,517.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 101.78 |
| Shift Pay | 05/17/2020-05/23/2020 | 29.4 | 27 | 793.80 | |
| Shift Pay | 05/17/2020-05/23/2020 | 7.7167 | 28 | 216.07 | 18,601.99 |
| Earnings | | | | 1,009.87 | 18,733.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 62.61 | 1,161.49 |
| Medicare | 14.64 | 271.64 |
| Federal Withholding | 68.92 | 1,175.38 |
| State Tax - PA | 31.00 | 575.14 |
| SUI-Employee Paid - PA | 0.61 | 11.24 |
| PA LST - LWRMN | 1.00 | 21.00 |
| Employee Taxes | 178.78 | 3,215.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,009.87 | 18,733.77 |
| Medicare - Taxable Wages | 1,009.87 | 18,733.77 |
| Federal Withholding - Taxable Wages | 1,009.87 | 18,733.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 831.09 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 05/24/2020 | 05/30/2020 | 06/05/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.88 | 1,390.61 | 0.00 | 287.03 | 0.00 | 1,103.58 |
| YTD | 727.52 | 20,124.38 | 0.00 | 3,502.92 | 0.00 | 16,621.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | 05/24/2020-05/30/2020 | 4.8833 | 14.69 | 71.74 | 173.52 |
| Shift Pay | 05/24/2020-05/30/2020 | 29.9833 | 27 | 809.57 | |
| Shift Pay | 05/24/2020-05/30/2020 | 7.5333 | 28 | 210.94 | |
| Shift Pay | 05/24/2020-05/30/2020 | 7.3667 | 40.5 | 298.36 | 19,920.86 |
| Earnings | | | | 1,390.61 | 20,124.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 86.22 | 1,247.71 |
| Medicare | 20.16 | 291.80 |
| Federal Withholding | 136.13 | 1,311.51 |
| State Tax - PA | 42.69 | 617.83 |
| SUI-Employee Paid - PA | 0.83 | 12.07 |
| PA LST - LWRMN | 1.00 | 22.00 |
| Employee Taxes | 287.03 | 3,502.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,390.61 | 20,124.38 |
| Medicare - Taxable Wages | 1,390.61 | 20,124.38 |
| Federal Withholding - Taxable Wages | 1,390.61 | 20,124.38 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 1,103.58 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 05/24/2020 | 05/30/2020 | 06/05/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.88 | 1,390.61 | 0.00 | 287.03 | 0.00 | 1,103.58 |
| YTD | 727.52 | 20,124.38 | 0.00 | 3,502.92 | 0.00 | 16,621.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | 05/24/2020-05/30/2020 | 4.8833 | 14.69 | 71.74 | 173.52 |
| Shift Pay | 05/24/2020-05/30/2020 | 29.9833 | 27 | 809.57 | |
| Shift Pay | 05/24/2020-05/30/2020 | 7.5333 | 28 | 210.94 | |
| Shift Pay | 05/24/2020-05/30/2020 | 7.3667 | 40.5 | 298.36 | 19,920.86 |
| Earnings | | | | 1,390.61 | 20,124.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 86.22 | 1,247.71 |
| Medicare | 20.16 | 291.80 |
| Federal Withholding | 136.13 | 1,311.51 |
| State Tax - PA | 42.69 | 617.83 |
| SUI-Employee Paid - PA | 0.83 | 12.07 |
| PA LST - LWRMN | 1.00 | 22.00 |
| Employee Taxes | 287.03 | 3,502.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,390.61 | 20,124.38 |
| Medicare - Taxable Wages | 1,390.61 | 20,124.38 |
| Federal Withholding - Taxable Wages | 1,390.61 | 20,124.38 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single | |
| Allowances | | 4 | 0 |
| Additional Withholding | | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 1,103.58 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE    Suite 1600    Atlanta, GA 30339    +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNeer | Aveanna Healthcare AS, LLC | 189495 | 05/31/2020 | 06/06/2020 | 06/12/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 98.68 | 1,052.21 | 0.00 | 188.45 | 0.00 | 863.76 |
| YTD | 766.20 | 21,176.59 | 0.00 | 3,691.37 | 0.00 | 17,485.22 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 173.52 |
| Shift Pay | 05/31/2020-06/06/2020 | 30.9667 | 27 | 836.14 | |
| Shift Pay | 05/31/2020-06/06/2020 | 7.7167 | 28 | 216.07 | 20,973.07 |
| Earnings | | | | 1,052.21 | 21,176.59 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 65.24 | 1,312.95 |
| Medicare | 15.26 | 307.06 |
| Federal Withholding | 74.01 | 1,385.52 |
| State Tax - PA | 32.30 | 650.13 |
| SUI-Employee Paid - PA | 0.64 | 12.71 |
| PA LST - LWRMN | 1.00 | 23.00 |
| Employee Taxes | 188.45 | 3,691.37 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,052.21 | 21,176.59 |
| Medicare - Taxable Wages | 1,052.21 | 21,176.59 |
| Federal Withholding - Taxable Wages | 1,052.21 | 21,176.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 863.76 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE    Suite 1600    Atlanta, GA 30339    +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 06/07/2020 | 06/13/2020 | 06/19/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 50.43 | 1,511.30 | 0.00 | 326.59 | 0.00 | 1,184.71 |
| YTD | 815.63 | 22,687.89 | 0.00 | 4,017.96 | 0.00 | 18,669.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | 06/07/2020-06/13/2020 | 10.4333 | 13.58 | 141.69 | 315.21 |
| Shift Pay | 06/07/2020-06/13/2020 | 42.55 | 27 | 1,148.87 | |
| Shift Pay | 06/07/2020-06/13/2020 | 7.8833 | 28 | 220.74 | 22,342.68 |
| Earnings | | | | 1,511.30 | 22,687.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 93.70 | 1,406.65 |
| Medicare | 21.91 | 329.97 |
| Federal Withholding | 162.68 | 1,548.20 |
| State Tax - PA | 46.40 | 696.53 |
| SUI-Employee Paid - PA | 0.90 | 13.61 |
| PA LST - LWRMN | 1.00 | 24.00 |
| Employee Taxes | 326.59 | 4,017.96 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,511.30 | 22,687.89 |
| Medicare - Taxable Wages | 1,511.30 | 22,687.89 |
| Federal Withholding - Taxable Wages | 1,511.30 | 22,687.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 1,184.71 | USD |

Aveanna Healthcare AS, LLC  400 Interstate North Parkway, SE  Suite 1600  Atlanta, GA 30339  +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 06/14/2020 | 06/20/2020 | 06/26/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 36.20 | 984.06 | 0.00 | 172.91 | 0.00 | 811.15 |
| YTD | 852.83 | 23,671.95 | 0.00 | 4,190.87 | 0.00 | 19,481.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Overtime Premium | | | | | 315.21 |
| Shift Pay | 06/14/2020-06/20/2020 | 29.5667 | 27 | 798.32 | |
| Shift Pay | 06/14/2020-06/20/2020 | 6.6333 | 28 | 185.74 | 23,326.74 |
| Earnings | | | | 984.06 | 23,671.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 61.01 | 1,467.66 |
| Medicare | 14.27 | 343.24 |
| Federal Withholding | 65.83 | 1,614.03 |
| State Tax - PA | 30.21 | 726.74 |
| SUI-Employee Paid - PA | 0.59 | 14.20 |
| PA LST - LWRMN | 1.00 | 25.00 |
| Employee Taxes | 172.91 | 4,190.87 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 984.06 | 23,671.95 |
| Medicare - Taxable Wages | 984.06 | 23,671.95 |
| Federal Withholding - Taxable Wages | 984.06 | 23,671.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 811.15 USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE    Suite 1600    Atlanta, GA 30339    +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 06/21/2020 | 06/27/2020 | 07/03/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 52.10 | 1,595.06 | 0.00 | 362.26 | 0.00 | 1,232.80 |
| YTD | 904.93 | 25,267.01 | 0.00 | 4,553.13 | 0.00 | 20,713.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | 06/21/2020-06/27/2020 | 0 | 0 | 25.00 | 25.00 |
| Overtime Premium | 06/21/2020-06/27/2020 | 12.1 | 13.715 | 165.96 | 481.17 |
| Shift Pay | 06/21/2020-06/27/2020 | 37.0333 | 27 | 999.94 | |
| Shift Pay | 06/21/2020-06/27/2020 | 7.7833 | 28 | 217.94 | |
| Shift Pay | 06/21/2020-06/27/2020 | 7.2833 | 29 | 211.22 | 24,755.84 |
| Earnings | | | | 1,620.06 | 25,292.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 100.44 | 1,568.10 |
| Medicare | 23.49 | 366.73 |
| Federal Withholding | 186.61 | 1,800.64 |
| State Tax - PA | 49.74 | 776.48 |
| SUI-Employee Paid - PA | 0.98 | 15.19 |
| PA LST - LWRMN | 1.00 | 26.00 |
| Employee Taxes | 362.26 | 4,553.13 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | 25.00 | 25.00 |
| Employer Paid Benefits | 25.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,620.06 | 25,292.01 |
| Medicare - Taxable Wages | 1,620.06 | 25,292.01 |
| Federal Withholding - Taxable Wages | 1,620.06 | 25,292.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union *****3010 | *****3010 | | 1,232.80 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE    Suite 1600    Atlanta, GA 30339    +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 06/21/2020 | 06/27/2020 | 07/03/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 52.10 | 1,595.06 | 0.00 | 362.26 | 0.00 | 1,232.80 |
| YTD | 904.93 | 25,267.01 | 0.00 | 4,553.13 | 0.00 | 20,713.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | 06/21/2020-06/27/2020 | 0 | 0 | 25.00 | 25.00 |
| Overtime Premium | 06/21/2020-06/27/2020 | 12.1 | 13.715 | 165.96 | 481.17 |
| Shift Pay | 06/21/2020-06/27/2020 | 37.0333 | 27 | 999.94 | |
| Shift Pay | 06/21/2020-06/27/2020 | 7.7833 | 28 | 217.94 | |
| Shift Pay | 06/21/2020-06/27/2020 | 7.2833 | 29 | 211.22 | 24,755.84 |
| Earnings | | | | 1,620.06 | 25,292.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 100.44 | 1,568.10 |
| Medicare | 23.49 | 366.73 |
| Federal Withholding | 186.61 | 1,800.64 |
| State Tax - PA | 49.74 | 776.48 |
| SUI-Employee Paid - PA | 0.98 | 15.18 |
| PA LST - LWRMN | 1.00 | 26.00 |
| Employee Taxes | 362.26 | 4,553.13 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | 25.00 | 25.00 |
| Employer Paid Benefits | 25.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,620.06 | 25,292.01 |
| Medicare - Taxable Wages | 1,620.06 | 25,292.01 |
| Federal Withholding - Taxable Wages | 1,620.06 | 25,292.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 1,232.80 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 06/28/2020 | 07/04/2020 | 07/10/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.93 | 1,200.20 | 0.00 | 224.64 | 0.00 | 975.56 |
| YTD | 942.87 | 26,467.21 | 0.00 | 4,777.77 | 0.00 | 21,689.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | | | | | 25.00 |
| Overtime Premium | | | | | 481.17 |
| Paid Time Off | 06/28/2020-07/04/2020 | 8 | 21 | 168.00 | 168.00 |
| Shift Pay | 06/28/2020-07/04/2020 | 29.9333 | 27 | 808.20 | |
| Shift Pay | 06/28/2020-07/04/2020 | 8 | 28 | 224.00 | 25,788.04 |
| Earnings | | | | 1,200.20 | 26,492.21 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 74.42 | 1,642.52 |
| Medicare | 17.41 | 384.14 |
| Federal Withholding | 94.24 | 1,894.88 |
| State Tax - PA | 36.85 | 813.33 |
| SUI-Employee Paid - PA | 0.72 | 15.90 |
| PA LST - LWRMN | 1.00 | 27.00 |
| Employee Taxes | 224.64 | 4,777.77 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | | 25.00 |
| Employer Paid Benefits | 0.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,200.20 | 26,492.21 |
| Medicare - Taxable Wages | 1,200.20 | 26,492.21 |
| Federal Withholding - Taxable Wages | 1,200.20 | 26,492.21 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 975.56 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 07/05/2020 | 07/11/2020 | 07/17/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.07 | 1,176.82 | 0.00 | 216.94 | 0.00 | 959.88 |
| YTD | 979.93 | 27,644.03 | 0.00 | 4,994.71 | 0.00 | 22,649.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | | | | | 25.00 |
| Overtime Premium | | | | | 481.17 |
| Paid Time Off | 07/05/2020-07/11/2020 | 8 | 21 | 168.00 | 336.00 |
| Shift Pay | 07/05/2020-07/11/2020 | 29.0667 | 27 | 784.82 | |
| Shift Pay | 07/05/2020-07/11/2020 | 8 | 28 | 224.00 | 26,796.86 |
| Earnings | | | | 1,176.82 | 27,669.03 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 72.96 | 1,715.48 |
| Medicare | 17.06 | 401.20 |
| Federal Withholding | 89.09 | 1,983.97 |
| State Tax - PA | 36.13 | 849.46 |
| SUI-Employee Paid - PA | 0.70 | 16.60 |
| PA LST - LWRMN | 1.00 | 28.00 |
| Employee Taxes | 216.94 | 4,994.71 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | | 25.00 |
| Employer Paid Benefits | 0.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,176.82 | 27,669.03 |
| Medicare - Taxable Wages | 1,176.82 | 27,669.03 |
| Federal Withholding - Taxable Wages | 1,176.82 | 27,669.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 959.88 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 07/12/2020 | 07/18/2020 | 07/24/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.70 | 1,025.92 | 0.00 | 182.46 | 0.00 | 843.46 |
| YTD | 1,017.63 | 28,669.95 | 0.00 | 5,177.17 | 0.00 | 23,492.78 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | | | | | 25.00 |
| Overtime Premium | | | | | 481.17 |
| Paid Time Off | | | | | 336.00 |
| Shift Pay | 07/12/2020-07/18/2020 | 29.7 | 27 | 801.92 | |
| Shift Pay | 07/12/2020-07/18/2020 | 8 | 28 | 224.00 | 27,822.78 |
| Earnings | | | | 1,025.92 | 28,694.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 63.61 | 1,779.09 |
| Medicare | 14.88 | 416.08 |
| Federal Withholding | 70.85 | 2,054.82 |
| State Tax - PA | 31.50 | 880.96 |
| SUI-Employee Paid - PA | 0.62 | 17.22 |
| PA LST - LWRMN | 1.00 | 29.00 |
| Employee Taxes | 182.46 | 5,177.17 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | | 25.00 |
| Employer Paid Benefits | 0.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,025.92 | 28,694.95 |
| Medicare - Taxable Wages | 1,025.92 | 28,694.95 |
| Federal Withholding - Taxable Wages | 1,025.92 | 28,694.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 843.46 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE   Suite 1600   Atlanta, GA 30339   +1 (770) 441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea McNear | Aveanna Healthcare AS, LLC | 189495 | 07/19/2020 | 07/25/2020 | 07/31/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.73 | 1,279.22 | 0.00 | 250.51 | 0.00 | 1,028.71 |
| YTD | 1,062.37 | 29,949.17 | 0.00 | 5,427.68 | 0.00 | 24,521.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flat Rate Pay | | | | | 30.00 |
| Gift Card | | | | | 25.00 |
| Overtime Premium | 07/19/2020-07/25/2020 | 4.7333 | 13.58 | 64.28 | 545.45 |
| Paid Time Off | | | | | 336.00 |
| Shift Pay | 07/19/2020-07/25/2020 | 37.6 | 27 | 1,015.20 | |
| Shift Pay | 07/19/2020-07/25/2020 | 7.1333 | 28 | 199.74 | 29,037.72 |
| Earnings | | | | 1,279.22 | 29,974.17 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 79.31 | 1,858.40 |
| Medicare | 18.55 | 434.63 |
| Federal Withholding | 111.62 | 2,166.44 |
| State Tax - PA | 39.27 | 920.23 |
| SUI-Employee Paid - PA | 0.76 | 17.98 |
| PA LST - LWRMN | 1.00 | 30.00 |
| Employee Taxes | 250.51 | 5,427.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Gift Card (GIFTCARD) - Accounting Memo | | 25.00 |
| Employer Paid Benefits | 0.00 | 25.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,279.22 | 29,974.17 |
| Medicare - Taxable Wages | 1,279.22 | 29,974.17 |
| Federal Withholding - Taxable Wages | 1,279.22 | 29,974.17 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Police and Fire Credit Union | Police and Fire Credit Union ******3010 | ******3010 | | 1,028.71 | USD |