# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Chapter 13

ANDREA L. MCNEAR            Bankruptcy No. 20-13119-MDC

504 GLENDALE ROAD

UPPER DARBY, PA 19082

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANDREA L. MCNEAR

504 GLENDALE ROAD

UPPER DARBY, PA 19082

**Counsel for debtor(s), by electronic notice only.**
GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 9/10/2020                                                           /s/ William C. Miller

                                                              _____
                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee