United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea L. McNear  
    Debtor

Case No. 20-13119-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID**     **Recipient Name and Address**  
14534456     + PHEAA, PO Box 8147, Harrisburg, PA 17105-8147

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

**Name**           **Email Address**

GEORGETTE MILLER  
    on behalf of Debtor Andrea L. McNear mlee@margolisedelstein.com  
    jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com

REBECCA ANN SOLARZ  
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI  
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com  
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.  
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jan 14, 2021     Form ID: trc     Total Noticed: 1

WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-13119-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Andrea L. McNear
504 Glendale Road
Upper Darby PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/14/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: PHEAA, PO Box 8147, Harrisburg, PA 17105 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/16/21

Tim McGrath
**CLERK OF THE COURT**