United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea L. McNear  
Debtor

Case No. 20-13119-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 3  
Date Rcvd: Apr 08, 2021                             Form ID: 155                                  Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. McNear, 504 Glendale Road, Upper Darby, PA 19082-5019 |
| 14522648 | + | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14522649 | + | Aqua Pennsylvania, 762 W. Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14522653 | + | Delaware Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14576496 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14526771 | + | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14525261 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14524520 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14528702 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14522656 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14534456 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14522658 | | Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14578212 | + | Rebecca Geiser, 519 Swede Street, Norristown 19401-4806 |
| 14522659 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14522661 | + | Township of Upper Darby, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14578213 | + | Upper Darby Township, 519 Swede Street, Norristown, PA 19401-4806 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14525635 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 09 2021 01:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14539406 | + | Email/Text: g20956@att.com | Apr 09 2021 01:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14522650 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 09 2021 01:53:16 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14523959 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2021 01:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14522651 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2021 01:38:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14522652 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2021 01:49:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14547761 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 09 2021 01:39:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14547819 | + | Email/Text: steve@bottiglierilaw.com | Apr 09 2021 01:39:00 | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14522654 | + | Email/Text: bknotice@ercbpo.com | | |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 09 2021 01:39:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14522655 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 09 2021 01:38:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14540127 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 01:53:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14522657 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 09 2021 01:39:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14525072 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2021 01:49:30 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14522660 | + | Email/Text: clientservices@simonsagency.com | Apr 09 2021 01:39:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 14533170 | + | Email/Text: documentfiling@lciinc.com | Apr 09 2021 01:38:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Andrea L. McNear jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 08, 2021 Form ID: 155 Total Noticed: 31
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrea L. McNear
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−13119−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 8, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Magdeline D. Coleman
                                                    Chief Judge ,
                                                    United States Bankruptcy Court

                                                                                     38 − 17
                                                                                  Form 155