# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrea L. McNear<br>　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns<br>　　　　　Movant<br>　　vs.<br>Andrea L. McNear<br>　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 20-13119 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about April 28, 2021 under document 41 .

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: May 13, 2021