**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                Chapter 13

                                                Bankruptcy No. 20-13119-MDC

ANDREA L. MCNEAR

504 GLENDALE ROAD

UPPER DARBY, PA 19082

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREA L. MCNEAR

    504 GLENDALE ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

Date: 4/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee