# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Andrea L. McNear,**<br><br>　　Debtor.<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,**<br><br>　　Movant,<br><br>v.<br><br>**Andrea L. McNear,**<br><br>　　Debtor/Respondent,<br><br>**KENNETH E. WEST, Esquire,**<br><br>　　Trustee/Respondent. | **Bankruptcy No. 20-13119-mdc**<br><br>**Chapter 13** |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF

AND NOW, this 7th day of September, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief Bankruptcy Judge