**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrea McNear, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13119 |
| | : | |

## CERTIFICATE OF SERVICE

Michelle Lee, being duly sworn according to law, deposes and says that she served the Debtor's Chapter 13 Payment Plan, filed on September 10, 2023, upon the following individuals listed below, by electronic means and/or first-class mail on September 10, 2023:

Kenneth West
Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Andrea McNear
504 Glendale Road
Upper Darby, PA 19082

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR**
**at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing And downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102