## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Andrea McNear** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO.: 20-13119** |
| | : | |

## CERTIFICATE OF NO RESPONSE

    I, the undersigned, certify, that having served or caused to be served, a copy of the Debtors' Motion to Modify Plan thereof on April 27, 2023, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and I have received no response, either oral or written, as of this date to Debtors' Motion to Modify Plan. I respectfully request the Court enter the attached Order.

    Respectfully submitted,

Dated: April 27, 2023

/s/ Michelle Lee
Michelle Lee, Esq.
Dilworth Paxson LLP 1500
Market Street, Ste. 3500E
Philadelphia, PA 19102