*Form 167* (1/25)–doc 115 – 113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Andrea L. McNear          )<br>                               )<br>   Debtor(s).               )<br>                               ) | Case No. 20–13119–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by MICHELLE L. MCGOWAN on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

on: 7/3/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: June 2, 2025

For The Court

Timothy B. McGrath
Clerk of Court