**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Andrea McNear** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR(S),** | **:** | **CASE NO. 20-13119** |

**PRAECIPE TO WITHDRAW**

To the Clerk,

Kindly withdraw Debtor's Certificate of Default Response filed on May 30, 2025,

Docket Number 114.

Dated: October 9, 2025                    Respectfully Submitted,

                                          /s/ Michelle Lee

                                          Michelle Lee, Esq.
                                          Dilworth Paxson LLP
                                          1650 Market Street, Suite 1200
                                          Philadelphia, PA 19103

{00362533;v1}