L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Andrea McNear** | : | **Chapter 13** |
| | : | |
| **Debtor(s)** | : | **Bky. No. 20-13119-dbj** |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, Michelle Lee, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Dismiss Reserve Jurisdiction

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   11/6/2025    /s/ Michelle Lee
DILWORTH PAXSON LLP
Michelle Lee, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| **Andrea L. McNear**<br>504 Glendale Road<br>Upper Darby, PA 19082 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | US Trustee | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| Creditors Matrix | Creditors | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**Aes/suntrust Bank**
Pob 61047
Harrisburg, PA 17106

**AmeriCredit Financial Services, Inc.**
dba GM Financial
P O Box 183853
Arlington, TX 76096

**Aqua Pennsylvania**
762 W. Lancaster Ave
Bryn Mawr, PA 19010

**AT&T Mobility II LLC**
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

**Capital One Bank Usa N**
Po Box 30281
Salt Lake City, UT 84130

**Credit Acceptance**
25505 W Twelve Mile Rd
Suite 3000
Southfield MI 48034

**Credit Acceptance Corp**
Po Box 5070
Southfield, MI 48086

**Credit Acceptance Corporation**
C/O William E. Craig
110 Marter Avenue
Ste. 301
Moorestown, NJ 08057

**Credit Acceptance Corporation**
25505 W. 12 Mile Road, Ste. 300
Southfield, MI 48034

**Credit One Bank Na**
Po Box 98872
Las Vegas, NV 89193

**Delaware County Tax Claim Bureau**
C/O STEPHEN VINCENT BOTTIGLIERI

66 Euclid Street
Suite C
Woodbury, NJ 08096

**Delaware County Tax Claim Bureau**
Government Center Building
201 W. Front Street
Media, PA 19063

**Delaware Tax Claim Bureau**
201 W. Front Street
Media, PA 19063

**ECMC**
P.O. Box 16408
St. Paul, MN 55116-0408

**Enhanced Recovery Co L**
Po Box 57547
Jacksonville, FL 32241

**Gm Financial**
Po Box 181145
Arlington, TX 76096

**Midland Credit Management, Inc.**
Po Box 2037
Warren MI 48090

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**
C/O REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**Nationstar Mortgage LLC d/b/a Mr. Cooper**
P.O. Box 619096
Dallas, TX 75261-9741

**Nationstar/mr Cooper**
350 Highland
Houston, TX 77067

**Peco**
PO Box 13439
Philadelphia, PA 19101

**PHEAA**
PO Box 8147
Harrisburg, PA 17105

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk, VA 23541

**Portnoff Law Associates**
1000 Sandy Hill Road
Suite 150
Norristown, PA 19401

**Rebecca Geiser**
519 Swede Street
Norristown, 19401

**Remex Inc**
307 Wall Street
Princeton, NJ 08540

**Selene Finance LP**
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**Simons Agency Inc**
4963 Wintersweet Dr
Liverpool, NY 13088

**Tea Olive, LLC**
PO BOX 1931
Burlingame, CA 94011

**Township of Upper Darby**
100 Garrett Rd.
Upper Darby, PA 19082

**U.S. Bank Trust National Assoc.**
C/O Charles Wohlrab
130 CLINTON RD #202
FAIRFIELD, NJ 07004

**U.S. Bank Trust National Association**
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

**U.S. Bank Trust National Association**
Robertson, Anschutz, Schneid, Crane
130 Clinton Road, Suite 202
Fairfield NJ, 07004

**U.S. Bank Trust National Association**
C/O Robert Shearer
130 Clinron Rd. #202
Fairfield, NJ 07004

**Upper Darby Township**
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

**Upper Darby Township**
C/O JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Ste. 100
King of Prussia, PA 19406

**Upper Darby Township**
519 Swede Street
Norristown, PA 19401

**Upper Darby Township**
c/o James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406