United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea L. McNear  
    Debtor

Case No. 20-13119-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 06, 2025      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. McNear, 504 Glendale Road, Upper Darby, PA 19082-5019 |
| 14777800 | + | Credit Acceptance Corporation, C/O William E. Craig, 110 Marter Avenue, Ste. 301, Moorestown, NJ 08057-3124 |
| 14522653 | + | Delaware Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14525261 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14522658 | | Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14578212 | + | Rebecca Geiser, 519 Swede Street, Norristown 19401-4806 |
| 14522661 | + | Township of Upper Darby, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14687548 | + | Upper Darby Township, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14687349 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14578213 | + | Upper Darby Township, 519 Swede Street, Norristown, PA 19401-4806 |
| 14687348 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 07 2025 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2025 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 07 2025 00:37:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Nov 07 2025 00:37:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14525635 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 07 2025 00:37:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14539406 | + | Email/Text: g17768@att.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Nov 07 2025 00:37:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14522648 | + Email/Text: bncnotifications@pheaa.org | Nov 07 2025 00:37:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14522649 | ^ MEBN | Nov 07 2025 00:27:53 | Aqua Pennsylvania, 762 W. Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14777253 | Email/Text: ebnnotifications@creditacceptance.com | Nov 07 2025 00:37:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14522650 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2025 00:42:15 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14523959 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 07 2025 00:37:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14522651 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 07 2025 00:37:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14522652 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2025 00:43:34 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14547761 | + Email/Text: duffyk@co.delaware.pa.us | Nov 07 2025 00:37:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14547819 | + Email/Text: steve@bottiglierilaw.com | Nov 07 2025 00:37:00 | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14576496 | Email/Text: ECMCBKNotices@ecmc.org | Nov 07 2025 00:37:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14522655 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 07 2025 00:37:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14526771 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2025 00:37:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14524520 | ^ MEBN | Nov 07 2025 00:27:43 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14528702 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2025 00:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14522656 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2025 00:37:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14534456 | + Email/Text: bncnotifications@pheaa.org | Nov 07 2025 00:37:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14540127 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:58:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14522657 | + Email/Text: bankruptcygroup@peco-energy.com | Nov 07 2025 00:37:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14525072 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2025 00:57:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14522659 | + Email/Text: clientservices@remexinc.com | Nov 07 2025 00:37:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14721749 | + Email/Text: bkteam@selenefinance.com | Nov 07 2025 00:37:00 | Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14522660 | + Email/Text: clientservices@simonsagency.com | Nov 07 2025 00:37:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 14533170 | + Email/Text: documentfiling@lciinc.com | Nov 07 2025 00:37:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 46

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 14729256 | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Assoc., C/O Charles Wohlrab, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 14728938 | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14907521 | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14907675 | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:37:00 | U.S. Bank Trust National Association, C/O Robert Shearer, 130 Clinron Rd. #202, Fairfield, NJ 07004-2927 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14522654 | ##+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE LEE | |

District/off: 0313-2 — User: admin — Page 4 of 4
Date Rcvd: Nov 06, 2025 — Form ID: pdf900 — Total Noticed: 46

| | |
|---|---|
| | on behalf of Debtor Andrea L. McNear bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrea McNear | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13119 |
| | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

**Date: November 6, 2025**

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE