**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrea McNear                          CHAPTER 13

     DEBTOR(S)                          BANKRUPTCY NO: 20-13119

**CERTIFICATION OF NO RESPONSE**

     I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>November 26, 2025</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

     I respectfully request that the Court enter the attached Order.

Dated: 12/10/2025                          <u>/s/ Michelle Lee, Esq.</u>
                                       Dilworth Paxson LLP
                                       1650 Market Street, Suite 1200
                                       Philadelphia, PA 19103