**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**IN RE: Andrea McNear**          :          **CHAPTER 13**

                                  :

                **DEBTOR(S),**          :          **CASE NO. 20-13119**


**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk,

        Kindly withdraw Debtor's Certificate of No Response to Supplemental Application
for Compensation, docket number 135, filed on March 10, 2026.

Dated: April 30, 2026                    Respectfully Submitted,

                                         /s/ Michelle Lee

                                         Michelle Lee, Esq.
                                         Dilworth Paxson LLP
                                         1650 Market Street, Suite 1200
                                         Philadelphia, PA 19103