**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrea McNear                           CHAPTER 13

      DEBTOR(S)                           BANKRUPTCY NO: 20-13119

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>November 26, 2025</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated: 12/10/25                           /s/ Michelle Lee, Esq.
                                       Dilworth Paxson LLP
                                       1650 Market Street, Suite 1200
                                       Philadelphia, PA 19103