**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrea McNear                                    CHAPTER 13

        DEBTOR(S)                              BANKRUPTCY NO: 20-13119

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>November 26, 2025</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: 12/10/2025                          /s/ Michelle Lee, Esq.
                                           Dilworth Paxson LLP
                                           1650 Market Street, Suite 1200
                                           Philadelphia, PA 19103